## Shillito, Appellant, *v.* Pennsylvania Public Utility Commission.

 Argued June 13, 1966. *Russell F. Griest,* with him *Griest & Wiley,* for appellant; *Anthony L. Marino,* Assistant Counsel, with him *Joseph C. Bruno,* Chief Counsel, for Pennsylvania Public Utility Commission, appellee; *Samuel B. Russell,* with him *Harold J. Ryan,* and *Ryan & Russell,* for intervening appellee.

Order affirmed.

WATKINS, J., absent.